EVELYN DE PERSIA et al., Respondents, *v.* MERCHANTS MUTUAL CASUALTY COMPANY, Appellant, and AUTOMOBILE CLUB DISCOUNT CORPORATION, Impleaded Defendant.

Argued February 27, 1945; decided April 5, 1945.

*Arthur K. Wing* and *James G. Purdy* for appellant.

*Solomon R. Agar* and *Seymour Kempner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.